IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00148-DME-CBS

JAMES PEMBROOK,

       Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT,

       Defendant,

---

**ORDER**

---

THIS MATTER comes before the Court upon the Stipulation for Dismissal of Plaintiff's Third Claim for Relief With Prejudice [Doc. No. 23].   It is therefore

ORDERED that Plaintiff's Third Claim for Relief against Defendant Cherry Creek School District is dismissed with prejudice, with each party to pay their own attorney's fees and costs associated with Plaintiff's Third Claim for Relief.

IT IS FURTHER ORDERED that Defendant's Partial Motion to Dismiss [Doc. No. 21] is dismissed as moot.

DONE AND SIGNED this ___11th___ day of ___June___, 2012.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge