IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00148-DME-CBS

JAMES PEMBROOK,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT,

    Defendant.

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court and the Court having reviewed the parties' Stipulation for Dismissal with Prejudice and the file, having considered same and being fully advised in the premises, the Court hereby:

**ORDERS** that the Stipulation for Dismissal with Prejudice is GRANTED. Plaintiff's claims against the Cherry Creek School District No. 5 are hereby dismissed with prejudice. Each party is to bear their own attorneys fees and costs as agreed between the parties.

DONE THIS 10th day of January, 2013.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States District Court Judge